UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOSE MORA,

    Plaintiff,

WISCONSIN DEPARTMENT OF
HEALTH SERVICES.

    Involuntary Plaintiff,

v.

ALEX WICKETTS
and AUSTIN HANCOCK

    Defendants.

Case No. 22-CV-00890

## PRETRIAL REPORT

1. **SUMMARY OF CLAIMS READ TO THE VENIRE.**

On August 5, 2019, Plaintiff, Jose Mora, was stopped by the defendants, Kenosha Police Officers Alex Wicketts and Austin Hancock, in the City of Kenosha. The interaction between the parties resulted in Mr. Mora being placed under arrest. Mr. Mora has alleged he was stopped without reasonable suspicion, arrested without probable cause, and was injured because of excessive force. Mr. Mora also claims that Kenosha Police Officers Alex Wicketts and Austin Hancock prosecuted Mr. Mora without probable cause and with malicious motive. Mora also claims that Officers Wicketts and Hancock fabricated evidence by alleging that Mora resisted officers.

2. **ISSUES.**

    a.    Whether Officer Wicketts and Officer Hancock had reasonable suspicion to stop

Mr. Mora.

    b.     Whether Officer Wicketts and Officer Hancock had probable cause to arrest Mr. Mora.

    c.     Whether Officer Wicketts used excessive force against Mr. Mora.

    d.     Whether Officer Hancock failed to intervene when observing Officer Wicketts use excessive force against Mr. Mora.

    e.     Whether Officer Wicketts and/or Officer Hancock caused injury to Mr. Mora.

    f.     Whether Officer Wicketts and Officer Hancock prosecuted Mr. Mora without probable cause and with malicious motive.

    g.     Whether Officer Wicketts and Officer Hancock fabricated evidence by alleging that Mora resisted the officers.

3. **ANTICIPATED LENGTH OF TRIAL.**

The parties estimate the trial can be completed in 3 days.

4. **STIPULATIONS.**

    a.     Authenticity and admissibility of medical records/reports for Jose Mora.

    b.     Authenticity and admissibility of court records from Kenosha County Case 2019CM001004.

5. **WITNESSES.**

Plaintiff intends to call the following witnesses:

    1.     Jose Mora, unemployed, City of Kenosha. Jose Mora is the Plaintiff. He will testify about his claims and damages.

    2.     Joseph Corcoran, attorney, City of Kenosha. Attorney Joseph Corcoran represented Jose Mora in *State of Wisconsin v. Jose P. Mora*. He will testify about Mora's prosecution and

his investigate efforts to retrieve video footage.

3. Mustafa Mustafa, store owner, City of Kenosha. Mustafa Mustafa owns and operates Moe Moe's Food Market. He will testify about providing the Kenosha Police Department a video from outside Moe Moe's Food Market.

4. Alex Wicketts, police officer, City of Kenosha. Officer Alex Wicketts is a defendant. He will testify about the August 5, 2019 arrest of Mr. Mora.

5. Austin Hancock, police officer, City of Kenosha. Officer Austin Hancock is defendant. He will testify about the August 5, 2019 arrest of Mr. Mora.

6. Steven Winter, police officer, City of Kenosha. Officer Steven Winter is expected to testify regarding his involvement with evidence following the August 5, 2019 arrest of Mr. Mora.

Defendants intend to call the following witnesses:

1. Kenosha Police Officer Alex Wicketts, Kenosha Police Department, 1000 – 55th Street, Kenosha, WI 53140.

2. Kenosha Police Officer Austin Hancock, Kenosha Police Department, 1000 – 55th Street, Kenosha, WI 53140.

3. Victor Wahl, a use of force expert, from Madison, Wisconsin.

4. Terry Nelson, owner of Kaiser's Pizza, from Kenosha, Wisconsin.

6. **BACKGROUND OF EXPERT VICTOR WAHL**

Mr. Wahl has a bachelor's degree in Sociology and a law degree from the University of Wisconsin. He has a more than 30 year career in law enforcement, and has held various positions including serving as the Acting Chief of Police for Madison, Wisconsin from 2019-2021. During his career with the Madison Police Department, Mr. Wahl had extensive experience in providing

training to officers, particularly in the areas of less than lethal use of force and police tactics. Mr. Wahl is a certified Taser Instructor and was responsible for the oversight of the Madison Police Department's Taser program from its inception in 2003 through 2009. Mr. Wahl has personally been involved in the training of more than 200 Madison Police officers in the use of Tasers.

7. **LIST OF EXHIBITS.**

<u>Plaintiff potential exhibits:</u>

Plaintiff's exhibit list is separately attached.

<u>Defense potential exhibits:</u>

101 – Kenosha Police Field Case Report, Case No. 2019-00047207, authored by Alex Wicketts, August 5, 2019.

102 – Kenosha Police Department Use of Force Report, Case No. 2019-47207, August 5, 2019.

103 – Taser/Evidence.com download X12002109, August 5, 2019.

104 - Medical records/reports from Jose Mora from Froedtert South, April 2, 2017.

105 – Medical records/reports for Jose Mora from Froedtert South, August 6, 2019.

106 – Medical records/reports from Jose Mora from Froedtert South, October 18, 2019.

107 - Deposition transcript of Jose Mora (taken April 25, 2023).

108 - Inmate/booking detail; Jose Mora (booking 2019-6087).

109 – Audio of Kenosha Police Department radio traffic related to incident.

110 – Mr. Victor Wahl Expert Report dated June 15, 2023, and materials reviewed.

111 – Plaintiff, Jose Mora's, Answers to Defendants Alex Wicketts and Austin Hancock's First set of Interrogatories. (March 7, 2023).

112 - Defendants' Second Set of Written Interrogatories and Request for Production of

Documents to Plaintiff, Jose Mora. (May 19, 2023).

113 – Transcript of Proceedings from *State of Wisconsin v. Jose P. Mora*, November 3 – 4, 2019.

8. **DEPOSITIONS.**

Defendants anticipate using portions of Mr. Mora's deposition as permitted by FRCP Rule 32, including but not limited to use for impeachment purposes.

9. **PROPOSED NONSTANDARD VOIR DIRE.**

The Parties' proposed voir dire are separately filed, and a word version has been emailed to the Court's email address: PepperPO@wied.uscourts.gov. The Parties reserve the right to amend this list prior to the start of trial.

10. **PROPOSED JURY INSTRUCTIONS.**

The Parties' proposed jury instructions is separately filed, and a word version has been emailed to the Court's email address: PepperPO@wied.uscourts.gov. The Parties reserve the right to amend these instructions during the course of trial. Defendants reserve the right to object and contest the proposed instructions.

11. **PROPOSED VERDICT FORM.**

The Parties' proposed verdict forms are separately filed, and a word version has been emailed to the Court's email address: PepperPO@wied.uscourts.gov. The Parties reserve the right to alter or amend to this form during the course of trial.

12. **COURT REPORTER.**

The parties request a court reporter.

13. **JURORS.**

The parties request 9 jurors.

Dated at Kenosha, Wisconsin this 19th day of November, 2025.

/s/ William F. Sulton
William F. Sulton
State Bar No. 1070600
THE SULTON LAW FIRM LLC
2745 N. Dr. M.L.K. Drive
Suite 202
Milwaukee, WI 53212
414-477-0088 (direct)
414-973-8844 (fax)
william@sultonlaw.com
Attorneys for Plaintiff

/s/ Matthew J. Richer
Gino M. Alia
State Bar No. 1020836
Matthew J. Richer
State Bar No. 1097557
Attorneys for Defendants
Alex Wicketts and Austin Hancock
ALIA, DuMEZ & McTERNAN, S.C.
6633 Green Bay Road
Kenosha, WI 53142
Tel.:   (262) 654-8700
Fax.:   (262) 654-8600
mjr@addmlaw.com

6

Case 2:22-cv-00890-PP    Filed 11/19/25    Page 6 of 6    Document 40