# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

___

JOSE MORA,

    Plaintiff,

WISCONSIN DEPARTMENT OF
HEALTH SERVICES.

    Involuntary Plaintiff,

v.

ALEX WICKETTS
and AUSTIN HANCOCK

    Defendants.

Case No. 22-CV-00890

## JOINT PRETRIAL STIPULATIONS

Per the discussion at the November 24, 2025 pretrial conference (Dkt. No. 46), the parities, by their respective counsel, submit the following pretrial stipulations.

1. The parties have stipulated and agreed that the medical records used during the course of the trial are authenticate, accurate, and admissible without the need for any testimony by any health care provider or records custodian.

2. The parties stipulate that the video footage from Moe Moe's Food Market and video footage from Kenosha's W.I.C. Office are authentic, original, and accurate copies of the original videos. These videos have not been altered, edited, or otherwise modified and reflect the complete copy of those videos.

3. The parties stipulate that Mr. Mora was arrested on August 5, 2019, and charged with disorderly conduct and obstructing/resisting an officer. Mr. Mora was tried for these criminal charges on November 3-4, 2020, and was not convicted. You will receive additional instructions about this at the end of this case.

Dated at Kenosha, Wisconsin this 8th day of December 2025.

<div style="display:flex">

*/s/ William F. Sulton*
William F. Sulton
State Bar No. 1070600
THE SULTON LAW FIRM LLC
2745 N. Dr. M.L.K. Drive
Suite 202
Milwaukee, WI 53212
414-477-0088 (direct)
414-973-8844 (fax)
william@sultonlaw.com
Attorneys for Plaintiff

*/s/ Matthew J. Richer*
Gino M. Alia
State Bar No. 1020836
Matthew J. Richer
State Bar No. 1097557
Attorneys for Defendants
ALIA, DuMEZ & McTERNAN, S.C.
6633 Green Bay Road
Kenosha, WI 53142
262-654-8700 (tel)
262-654-8600 (fax)
mjr@addmlaw.com

</div>