UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | December 16, 2025 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2022-cv-890 |
| CASE NAME: | Jose Mora v. Alex Wicketts, *et al.* |
| NATURE OF HEARING: | Jury Trial, Day 2 |
| APPEARANCES: | William Sulton – Attorney for the plaintiff |
| | Jose Mora – Plaintiff |
| | Gino Alia – Attorney for the defendants |
| | Matthew Richer – Attorney for the defendants |
| | Alex Wicketts – Defendant |
| | Austin Hancock – Defendant |
| COURT REPORTER: | Sue Armbruster |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 9:00 a.m. – 9:13 a.m. |
| HEARING: | February 11, 2026 at 11:15 a.m. (status conf.) |

The court advised the parties that it was granting the defendant's oral motion for a mistrial. It explained that twice—once on direct and again on cross-examination—the plaintiff stated that the video did not show certain things. The plaintiff's counsel had attempted to clarify that testimony on direct. But on cross, the plaintiff had said that video was missing and that it showed misconduct, contrary to the stipulation between the parties that the video footage was authentic, original and accurate and that the videos had not been altered, edited or modified and that they were complete. The court added that the plaintiff had not opposed the motion.

The plaintiff's counsel reported that the plaintiff was experiencing severe pain and needed to be excused. The court allowed the plaintiff to leave the courtroom in a wheelchair.

The court convened the jury. It informed them that their services no longer were needed and thanked them for their attention and their service. The court excused the jury.

Once the jury had left the courtroom, the court enquired as to parties' proposed plan of action. The plaintiff's counsel asked the court to schedule a status conference in February, at which time the parties could report on whether they wished for new trial dates to be set. The court set a telephonic

1

status conference for Wednesday, February 11, 2026 at 11:15 a.m.

The court **GRANTS** the defendant's oral motion for a mistrial.

Dated in Milwaukee, Wisconsin this 16th day of December, 2025.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**