UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JOSE MORA,

Plaintiff,

v.

ALEX WICKETTS
and AUSTIN HANCOCK,

Defendants.

Case No. 2:22-cv-00890-PP

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

---

NOW COMES THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and moves the court for an order permitting them to withdraw as counsel of record for the plaintiff.

The undersigned submits that one or more grounds for withdrawal exists under Wis. SCR 20:1.16(b)(1)-(7). Prior to filing this motion, the undersigned informed the plaintiff that the firm intended to withdraw its representation. The undersigned has spoken with more than one lawyer about successor representation. The undersigned believes that one such lawyer will appear at today's hearing.

For all the above reasons, the undersigned respectfully requests that the court enter an order permitting the firm and counsel to withdraw.

Date: April 14, 2026.

Respectfully submitted,

*/s/ William F. Sulton*

WILLIAM F. SULTON

THE SULTON LAW FIRM
2745 N. Dr. Martin Luther King Jr. Drive
Suite 202
Milwaukee, WI 53212
414-307-4693 (direct)
414-973-8844 (fax)
william@sultonlaw.com