UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE:                May 12, 206
JUDGE:               Pamela Pepper
CASE NO:             22-cv-890
CASE NAME:           Jose Mora v. Alex Wicketts, *et al.*
NATURE OF HEARING:   Status conference
APPEARANCES:         Pete Anderson – Attorney
                     Matt Richer – Attorney for the defendants
                     Gino Alia – Attorney for the defendants
COURTROOM DEPUTY:    Justin Dreikosen
TIME:                3:45 p.m. – 4:00 p.m.
HEARING:             June 16, 2026 at 11:00 a.m. (show cause hearing)

**AUDIO OF THIS HEARING AT DKT. NO. 62**

The court recounted that at the April 24, 2026 hearing, it had allowed predecessor counsel to withdraw based on representations from Attorney Fitzgerald that the plaintiff would be retaining the Fitzgerald Law Firm and needed only to complete the paperwork. The court had scheduled this hearing in the hope that the paperwork could be completed and the parties could use today's hearing to discuss the next steps. The court observed, however, that when the parties had entered their appearances today, Attorney Pete Anderson had explained that he was not representing the plaintiff. The court asked for information about the status of the Fitzgerald firm's representation.

Attorney Anderson explained that he could not represent the plaintiff, because the plaintiff had not signed the retainer agreement. He explained that despite multiple attempts to reach the plaintiff through an e-mail portal and through voicemails to his phone, the firm had not heard from the plaintiff since shortly after the April 24, 2026 hearing.

The court suggested that it schedule another hearing and issue an order requiring the plaintiff to appear and show cause why he had failed to communicate with successor counsel or complete the retainer process. The court explained that if the plaintiff did not appear at the next hearing—or if he did appear but did not show cause for his lack of effort—it would discuss options, including whether the plaintiff would be representing himself (especially as to the defendants' as-yet undecided motion for sanctions) and whether the case would proceed at all.

The court's staff advised that no contact information appeared on the docket for the plaintiff; defense counsel provided the court with the address the defendants had learned through discovery.

The court calendared a telephonic hearing for June 16, 2026 at 11:00 a.m. The parties must appear by calling the court's conference line at 551-285-1373 and entering Meeting ID 161 4901 8989 and Passcode 190021 when prompted. The court advised Attorney Anderson that he did not have to appear at the hearing unless the plaintiff retained him between now and then.